■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD MILLER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Schwartzwald, J.), rendered December 22, 1981, convicting him of petit larceny, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY RICH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Bianchi, J.), rendered January 26, 1984, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed (see, People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816).

The court did not abuse its discretion in denying, without a hearing, defendant's motion to withdraw his guilty plea, which had been voluntarily made after defendant was fully informed of his rights. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.